IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HELEN PERRY, ) | |
| ) | Case No. 7:18cv500 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| KROGER LIMITED ) | |
| PARTNERSHIP, ) | |
| et al., ) | By: Michael F. Urbanski |
| ) | Chief United States District Judge |
| Defendants. ) | |

## ORDER

The parties have notified the court that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this matter may be dismissed with prejudice. Accordingly, it is **ORDERED** that the above-captioned matter is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

Entered: This 11th day of November, 2019

Michael F. Urbanski
Chief United States District Judge